# LOWELL J. SIDNEY
**Attorney at Law**
**244 Fifth Avenue, Suite Q278**
**New York, New York 10001**

**Phone: (888) 222-0513**
**Email: Lowell@Sidneylaw.com**

March 26, 2026

Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Murielle Misczak, Criminal Docket No. 26-65(NGG) (PK)

Dear Magistrate Judge Kuo:

This Firm represents the defendant, Murielle Misczak ("Defendant").  I write respectfully on behalf of Defendant to notify the Court of a change in circumstances concerning the posting of bail and to request a modest modification of the bond conditions.

Yesterday, March 25, 2026, I met with Assistant United States Attorney Shannon Jones and the parties reached an agreement on a bail package that the Court approved.  The bond conditions contemplated the posting of bail by wire transfer.  After the hearing, however, the Clerk's Office advised that the Court does not accept wire transfers for bail.  This development constitutes a change in circumstances requiring clarification of the bond conditions.

This morning, I emailed AUSA Jones and proposed that the bail funds be wired into an attorney IOLA trust account, with prompt proof of the transfer provided to the Court and the government.  I further advised that, upon my return from a previously scheduled spring-break absence, my office would personally deliver a bank check for the full bail amount to the Clerk's Office.  AUSA Jones partially consents to a modification of the bond conditions to permit the posting of bail by check rather than wire.  The government partially objects, however, to any arrangement that would allow the funds to remain in an IOLA trust account.  The government requests that the money be deposited with the Clerk "ASAP" and has suggested that the bond conditions be modified to require proof of a wire into the IOLA by Friday, March 27, 2026, followed by immediate delivery of a check.

To accommodate the government's position while respecting the practical realities of my scheduled departure, I respectfully request that the Court modify the bond conditions to permit Defendant to post bail by bank check deposited with the Clerk's Office no later than Tuesday, April 7, 2026.  In the interim, I will immediately arrange for the funds to be wired into my IOLA trust account and will provide the Court and the government with written proof of the wire transfer by close of business tomorrow, March 27, 2026.

I thank you for the Court's attention to this matter.  I am available at any time for a telephone conference should the Court wish to discuss this request.

Very truly yours,

LOWELL J. SIDNEY