# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Peggy Kuo | **DATE:** 3/25/2026 |
| **CLERK:** J. Boyd | |
| **DOCKET #:** 26 CR 57 (NGG) | **LOG TIME**: 2:59PM – 3:27PM |

**DEFENDANTS NAME:** Murielle Misczak

| | | | |
|---|---|---|---|
| **X** Present | ___ Not Present | **X** Custody | ___ Bail |

**DEFENSE COUNSEL**: Lowell Sidney

| | | | |
|---|---|---|---|
| ___ Court Appointed | ___ Federal Defender | ___ CJA | **X** Retained |

**A.U.S.A:** Shannon Jones

| | |
|---|---|
| **INTERPRETER:** | **LANGUAGE:** |

Defendant arraigned on the: ___ Complaint **X** Indictment ___ Superseding Indictment ___ Probation Violation

| | |
|---|---|
| **X** Defendant pleads NOT GUILTY to ALL counts. | **X** Defendants first appearance. |
| ___ Government Agent Sworn | **X** Rule 5f warnings given to the govt. |
| **X** DETENTION HEARING Held. | ___ BAIL HEARING Held. |

**X** Bond set at $ 200,000

**Defendant:** **X** released ___ held pending satisfaction of bond conditions.

**X** Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted.

| | |
|---|---|
| ___ Order scheduling a Detention Hearing entered. | ___ Bail Hearing set for _____ |
| ___ Preliminary Hearing set for | ___ Preliminary Hearing waived by defendant |

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| | | |
|---|---|---|
| **X** Order of Excludable Delay/Speedy Trial entered. | Start Date: 03/25/2026 | End Date: 04/13/2026 |
| **Removal District:** | **Removal District Case Number:** | |

| | |
|---|---|
| ___ Removal (Rule 5) Proceeding held. | |
| ___ Identity hearing held | **Court:** ___ Orders removal ___ Denies Removal |
| ___ Defendant waives Identity hearing | ___ Defendant waives Preliminary hearing |

___ No bail application presented to the court. Commitment to the District entered.

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

**X** Status conference set for **04/13/2026** @ **11am** before District Judge: Nicholas G. Gaurafis

**Other Rulings:**

The government and defense counsel consented to a $200,000 bond secured by $50,000 cash to be deposited with the court by 3/27/2026. The court granted the bail application