UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

Murielle Misczak _____X

**ORDER**
**FOR ACCEPTANCE OF CASH BAIL**

Docket No. 24 CR 65

Bail having been fixed by Hon. Peggy Kuo , in the above entitled action in the

amount of $ 200,000 of which sum $ 50,000 in cash is to be

deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of

New York accept the said amount of $ 50,000 when tendered on behalf

of the above defendant.

**SO ORDERED.**

Dated: **Brooklyn, New York**
March 25, 2026

s/Peggy Kuo

_____
UNITED STATES MAGISTRATE JUDGE

Receipt No. _____
Money Deposited By:_____
address & Telephone _____

_____
_____
_____