Generated: Apr 7, 2026 12:25PM

# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Apr 7, 2026 12:25PM

Hogan & Cassell LLP

| | | | | | |
|---|---|---|---|---|---|
| Rcpt. No: 100026009 | | Trans. Date: Apr 7, 2026 12:25PM | | | Cashier ID: #RR (6978) |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DNYE126CR000065 /001<br>Murielle Misczak | 1 | 50000.00 | 50000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1030 | 04/7/2026 | $50,000.00 |
| | | | Total Due Prior to Payment: | $50,000.00 |
| | | | Total Tendered: | $50,000.00 |
| | | | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

Murielle Misczak

-----------------------------------------------------X

**ORDER**
**FOR ACCEPTANCE OF CASH BAIL**

Docket No. 2u CR 65

Bail having been fixed by Hon. Peggy Kuo , in the above entitled action in the amount of $ 200,000 of which sum $ 50,000 in cash is to be deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ 50,000 when tendered on behalf of the above defendant.

SO ORDERED.

Dated: Brooklyn, New York
March 25, 2026

s/Peggy Kuo

UNITED STATES MAGISTRATE JUDGE

Receipt No. 100026000

Money Deposited By: _____

address & Telephone Michael Cassell
Hogan & Cassell
500 N Broadway Ste 153
Jericho NY 11753
516-942-4700