AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   26-CR-65 |
| MURIELLE MISCZAK | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Murielle Misczak

Date:     04/24/2026

*Attorney's signature*

Shaun K. Hogan
*Printed name and bar number*

500 North Broadway, Suite 153
Jericho, New York 11753

*Address*

skhogan@hogancassell.com
*E-mail address*

(516) 942-4700
*Telephone number*

(516) 942-4705
*FAX number*